McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 04-297 FCD |
| Plaintiff, ) | |
| v. ) | ORDER |
| JOHN SMITH, and ) MICHELE JENSEN, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED:**   That the status conference set for May 23, 2005 is VACATED, and RESET for July 11, 2005 at 9:30 a.m.  It is further ORDERED that the time under the Speedy Trial Act between May 23, 2005 and July 11, 2005, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare, and because of the reasons stated on the record at sidebar at the last court appearance, and because Mr. Holley is scheduled to begin a jury trial.

Dated: May 20, 2005

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
U.S. District Judge

1