```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHELLE NICOLE JENSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )  NO. CR-S-04-297-FCD
                               )
          Plaintiff,           )
                               )  STIPULATION AND ORDER
     v.                        )
                               )
MICHELLE NICOLE JENSEN AND JOHN)
SMITH,                         )  Date:  October 11, 2005
                               )  Time:  9:30 p.m.
          Defendant.           )  Judge: Frank C. Damrell
                               )
_____
```

MICHELLE NICOLE JENSEN, by and through her counsel, Caro Marks, Assistant Federal Defender, JOHN SMITH, by and through his counsel, Troy Ellerman, and the United States Government, by and through its counsel, Carolyn Delaney, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of September 19, 2005 and continue the matter for a Status Conference on October 11, 2005 at 9:30 a.m..

This continuance is needed to because Mr. Ellerman will be unavailable for the September 19, 2005 date. Additionally defense counsel is conducting further investigation in this case and needs the continuance to complete this investigation.

Defense counsel has contacted AUSA Carolyn Delaney and she does

1  not object to this continuance.
2     IT IS FURTHER STIPULATED that the period from September 19, 2005
3  up to and including October 11, 2005 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
6  counsel.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHELLE NICOLE JENSEN

Dated: September 15, 2005               /s/ Troy Ellerman
                                        _____
                                        TROY ELLERMAN
                                        Attorney for Defendant
                                        JOHN SMITH

Dated: September 15, 2005

                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Carolyn Delaney
                                        _____
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: September 15, 2005

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        U.S. District Judge

2