```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHELLE NICOLE JENSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-04-297-FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| MICHELLE NICOLE JENSEN AND JOHN ) | |
| SMITH, ) | Date:  November 14 2005 |
| ) | Time:  9:30 p.m. |
| Defendant. ) | Judge: Frank C. Damrell |
| ) | |

MICHELLE NICOLE JENSEN, by and through her counsel, Caro Marks, Assistant Federal Defender, JOHN SMITH, by and through his counsel, Robert Holley, and the United States Government, by and through its counsel, Carolyn Delaney, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of October 11, 2005 and continue the matter for a Status Conference on November 14, 2005 at 9:30 a.m..

This continuance is needed to because Mr. Holley will be unavailable for the October 11, 2005 court date as he will be in trial. Additionally defense counsel is conducting further investigation in this case and needs the continuance to complete this investigation.

Defense counsel has contacted AUSA Carolyn Delaney and she does

1  not object to this continuance.
2      IT IS FURTHER STIPULATED that the period from October 11, 2005 up
3  to and including November 14, 2005 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
6  counsel.

        Respectfully submitted,

        QUIN DENVIR
        Federal Defender

        /s/ Caro Marks
        _____
        CARO MARKS
        Assistant Federal Defender
        Attorney for Defendant
        MICHELLE NICOLE JENSEN

Dated: October 07, 2005   /s/ Troy Ellerman
        _____
        TROY ELLERMAN
        Attorney for Defendant
        JOHN SMITH

Dated: October 07, 2005

        MCGREGOR SCOTT
        United States Attorney

        /s/ Carolyn Delaney
        _____
        CAROLYN DELANEY
        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: October 12, 2005

        /s/ Frank C. Damrell Jr.
        FRANK C. DAMRELL JR.
        U.S. District Judge