QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHELLE NICOLE JENSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-04-297-FCD |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| MICHELLE NICOLE JENSEN AND JOHN SMITH, | ) | Date: December 19, 2005 |
| | ) | Time: 9:30 p.m. |
| Defendant. | ) | Judge: Frank C. Damrell |

    MICHELLE NICOLE JENSEN, by and through her counsel, Caro Marks, Assistant Federal Defender, JOHN SMITH, by and through his counsel, Robert Holley, and the United States Government, by and through its counsel, Carolyn Delaney, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of November 14, 2005 and continue the matter for a Status Conference on December 19, 2005 at 9:30 a.m..

    This continuance is needed because defense counsel is conducting further investigation in this case and needs the continuance to complete this investigation and discuss the case with the client.

    Defense counsel has contacted AUSA Carolyn Delaney and she does not object to this continuance.

1    IT IS FURTHER STIPULATED that the period from November 14, 2005 up
2 to and including December 19, 2005 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
5 counsel.

```
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHELLE NICOLE JENSEN

Dated: November 10, 2005                /s/ Troy Ellerman
                                        _____
                                        TROY ELLERMAN
                                        Attorney for Defendant
                                        JOHN SMITH

Dated: November 10, 2005

                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Carolyn Delaney
                                        _____
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED**.

Dated: November 10, 2005

```
                                        /s/Frank C. Damrell, Jr.
                                        _____
                                        FRANK C. DAMRELL
                                        U.S. District Judge
```

2