```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHELLE NICOLE JENSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>MICHELLE NICOLE JENSEN AND JOHN    )<br>SMITH,                             )<br>                                   )<br>            Defendant.             )<br>                                   )<br>_____ | NO. CR-S-04-297-FCD<br><br>STIPULATION AND ORDER<br><br><br>Date:  January 30, 2005<br>Time:  9:30 p.m.<br>Judge: Frank C. Damrell |

MICHELLE NICOLE JENSEN, by and through her counsel, Caro Marks, Assistant Federal Defender, JOHN SMITH, by and through his counsel, Robert Holley, and the United States Government, by and through its counsel, Carolyn Delaney, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of December 19, 2005 and continue the matter for a Status Conference on January 30, 2006 at 9:30 a.m..

This continuance is needed because defense counsel is conducting further investigation in this case and needs the continuance to complete this investigation and discuss the case with the client.

Defense counsel has contacted AUSA Carolyn Delaney and she does not object to this continuance.

1  IT IS FURTHER STIPULATED that the period from December 19, 2005 up
2 to and including January 30, 2006 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
5 counsel.

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MICHELLE NICOLE JENSEN

Dated: December 16, 2005        /s/ Robert Holley
_____
ROBERT HOLLEY
Attorney for Defendant
JOHN SMITH

Dated: December 16, 2005

MCGREGOR SCOTT
United States Attorney

/s/ Carolyn Delaney
_____
CAROLYN DELANEY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: December 16, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28